# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARIE KOMOROWSKI,

                      Plaintiff,

v.

ADITHI LLC and JOHN DOES 1 and 2,

                      Defendants.

Case No. 16-CV-1498-JPS

**ORDER**

On October 19, 2016, Plaintiff filed a complaint against Defendants, alleging violations of the Fair Labor Standards Act. (Docket #1). Defendant Adithi LLC was served with process on November 14, 2016 (Docket #4), but has not filed a responsive pleading in this matter. On December 13, 2016, Plaintiff filed an amended notice of voluntary dismissal with prejudice and without costs to any party. (Docket #9). The Court will adopt that notice of dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's amended notice of voluntary dismissal (Docket #9) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 14th day of December, 2016.

BY THE COURT:

_____

J.P. Stadtmueller
U.S. District Judge